RECEIVED
SEP - 3 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE COUNTY OF MONMOUTH,

Plaintiff,

v.

RADGOV, INC., et al.,

Defendants.

Civ. No. 13-4528

**MEMORANDUM ORDER**

THOMPSON, U.S.D.J.

    IT APPEARING that Plaintiff the County of Monmouth (hereinafter, "Plaintiff") filed a Summons and Complaint against Defendants Abbey Group Consultants, Inc. and J-Corr Technologies in this matter on July 26, 2013, (Doc. No. 1); and

    IT APPEARING that the Summons and Complaint were issued to Defendants Abbey Group Consultants, Inc. and J-Corr Technologies on July 26, 2013, (Doc. No. 2); and

    IT APPEARING that Defendants Abbey Group Consultants, Inc. and J-Corr Technologies have not filed an Answer or other responsive pleading in this matter; and

    IT APPEARING that default was entered as to Defendants Abbey Group Consultants, Inc. and J-Corr Technologies in this action on November 6, 2013, (Doc. No. 4); and

    IT APPEARING that Plaintiff moved for judgment against Defendants Abbey Group Consultants, Inc. and J-Corr Technologies, Inc. on July 11, 2014 in the amount of $935,110.45, (Doc. No. 15); and

    IT APPEARING that Defendants Abbey Group Consultants, Inc. and J-Corr Technologies have not filed any opposition to this motion;

IT IS, on this 15TH day of August, 2014

ORDERED that Plaintiff's motion for default judgment as to Defendants Abbey Group Consultants, Inc. and J-Corr Technologies is GRANTED; and it is

ORDERED that judgment is entered in favor of Plaintiff and against Defendants Abbey Group Consultants, Inc. and J-Corr Technologies in the amount of $935,110.45.

ANNE E. THOMPSON, U.S.D.J.